**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**MOHAMMAD NAJIM AMINI,**

**Petitioner,**

**v.** **CIVIL ACTION NO. 2:26cv319**

**PAUL PERRY,**
**Caroline Detention Facility,**
***et al.*,**

**Respondents.**

**FINAL ORDER**

This matter was initiated by Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by pro se Petitioner Mohammad Najim Amini ("Petitioner" or "Amini"). Pet. (ECF No. 1). Amini is an immigration detainee currently being housed at Caroline Detention Facility. Id. at 1. His Petition alleges he is unlawfully subject to immigration detention awaiting removal and seeks release from custody on the grounds that his removal to Afghanistan is not reasonably foreseeable. Id. at 6.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. On September 15, 2026, the Magistrate Judge filed a Report and Recommendation recommending the court grant Amini's Petition and

release him from custody under the terms of supervision set forth by DHS. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The court has received no objections to the Report and Recommendation and the time for filing objections has now expired.

The court, having reviewed the record de novo, and having found no clear error in the Report and Recommendation, and no party having objected, does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the Report of the United States Magistrate Judge filed September 15, 2026, and it is, therefore, **ORDERED** that the Petition (ECF No. 1) is **GRANTED**. It **is FURTHER ORDERED** that Petitioner be **RELEASED** from custody under the terms of supervision set forth by DHS.[1]

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel for Respondents.

/s/
Rebecca Beach Smith
Senior United States District Judge
-RBS-

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

October 7, 2026

[1] Nothing in this Order purports to recommend the appropriate conditions of supervision, which may be determined by DHS in the first instance.